## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| THOMPSON TRACTOR COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 10-0300-CG-N ) |
| RIVER TUGS, LLC, as owner of the M/V SAFETY GUIDE, | ) ) ) ) |
| Defendant. | ) |

## ORDER

The parties having filed a Stipulation of Dismissal with Prejudice, it is

**ORDERED, ADJUDGED and DECREED** that all claims in this matter are hereby **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs.

**DONE and ORDERED** this 4th day of May, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE